**VAN–126** Order for Refund of Unclaimed Funds – Rev. 01/27/2015

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
Jesus I. Nino
 ( debtor has no known aliases )
102 Loy Court
Fuquay Varina, NC 27526

CASE NO.: 07–02399–5–SWH

DATE FILED: October 24, 2007

CHAPTER: 13

## ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $1,431.35 constituting unclaimed funds is declared due to Centrix Liquidating Trust, c/o Dilks & Knopik, LLC, 35308 SE Center St., Snoqualmie, WA 98065–9216 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: November 20, 2015

Stephani W. Humrickhouse
United States Bankruptcy Judge